People v Martinez (2024 NY Slip Op 50136(U))

[*1]

People v Martinez (Luis)

2024 NY Slip Op 50136(U)

Decided on February 14, 2024

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on February 14, 2024
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Brigantti, Perez, JJ.

570617/19

The People of the State of New York, Respondent,
against
Luis Martinez, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Tara A. Collins, J., at plea; Bahaati E. Pitt, J., at sentencing), rendered August 20, 2019, convicting him, upon his plea of guilty, of criminal possession of a weapon in the fourth degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Tara A. Collins, J., at plea; Bahaati E. Pitt, J., at sentencing), rendered August 20, 2019, affirmed. 
We agree with defendant that the criminal possession of a weapon charge (see Penal Law § 265.01[1]) to which he pleaded guilty was jurisdictionally defective due to the absence of any factual allegations indicating that the firearm was operable (see People v Longshore, 86 NY2d 851 [1995]). However, the only relief which the defendant requests is dismissal of the accusatory instrument, rather than vacatur of the plea and remand on the remaining charges, and he expressly requests that this Court affirm the conviction if it does not grant a dismissal. In view of the serious nature of the other charges contained in the accusatory instrument, a dismissal would not be appropriate, and therefore we affirm (see People v Conceicao, 26 NY3d 375, 385 n; People v Teron, 139 AD3d 450 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 14, 2024